IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 18 A 10: 24

CLERK _F. LaVictoir_
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. CV205-053 |
| UNITED STATES CURRENCY TOTALING $380,000.00; ONE 2003 GOLD KIA SEDONA VAN, and LEONARD MACALUSO, | : | |
| Defendants. | : | |

## ORDER

The parties shall file with the Clerk of Court a consolidated Proposed Pretrial Order within thirty (30) days from the date of this Order.

**SO ORDERED**, this 18th day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
Rev. 8/82)