# United States District Court
## Southern District of Georgia

| UNITED STATES OF AMERICA | Case No. CV205-93 | *L. LaVictoire* |
|---|---|---|
| Plaintiff | | |
| v. | Appearing on behalf of | |
| ONE 2003 GOLD KIA SEDONA | CLAIMANT LEONARD MACALUSO | |
| Defendant | (Plaintiff/Defendant) | |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This 7th day of Dec, 2005.

*/s/ James E. Graham*
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** MARY ANN DiBari

**Business Address:** LAW OFFICE of MARY ANN Di BARI
Firm/Business Name

105 CROSS POND ROAD
Street Address

BOUND RIDGE    NEW YORK   NY   10576
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2        City, State, Zip

(914) 977-3774
Telephone Number (w/ area code)    Georgia Bar Number